# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| JACOB TAYLOR SHEPARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20 CV 186 MTS |
| ) | |
| CAPE GIRARDEAU COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Jacob Taylor Shepard's motion for leave to proceed in forma pauperis on appeal. Doc. [27]. It appears that plaintiff intended to file the motion in the United States Court of Appeals for the Eighth Circuit, as this Court has already denied plaintiff's motion to proceed in forma pauperis on appeal. Doc. [25]. Additionally, plaintiff's filing includes his appellate case number, is addressed to the "Eighth Circuit," and appears to be in response to a show cause order issued by the Court of Appeals. The Court will therefore forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **FORWARD** plaintiff's motion for leave to proceed in forma pauperis on appeal, Doc. [27] to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis on appeal, Doc. [27] shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 2nd day of August, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE